**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

RAY CHRIS MOBLEY,

     Plaintiff,

v.                                                                CASE NO. 5:11cv278-MP-GRJ

SAM DENHAM, et al.,

     Defendants.

_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 17, 2011. (Doc. 13).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

     Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now ORDERED as follows:

     1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.  This case is dismissed, and the Clerk is directed to close the file.

     **DONE and ORDERED** this 9th day of January, 2012.

                                  *s/ M. Casey Rodgers*

                                **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**